[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 19, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13343
Non-Argument Calendar

_____

D. C. Docket No. 07-00004-CR-001-WLS-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEROY LEE, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(March 19, 2008)**

Before TJOFLAT, BLACK and HILL, Circuit Judges.

PER CURIAM:

Rick Collum, appointed counsel for Leroy Lee, Jr., in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lee's convictions and sentence are **AFFIRMED**.